# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## ORDER

July 28, 2022

Before
FRANK H. EASTERBROOK, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*

| | |
|---|---|
| No. 20-1843 | IN RE:<br>    CHICAGO BOARD OPTIONS EXCHANGE VOLATILITY INDEX MANIPULATION ANTITRUST LITIGATION<br><br>APPEAL OF: BRIAN BARRY, et al. |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-04171<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

The opinion of this court issued on July 27, 2022, is amended as follows:

Page 5, last paragraph, "the Commodity Futures Exchange Commission," should be "the Commodity Futures Trading Commission,".

form name: **c7_Order_3J**     (form ID: **177**)